UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  08-10258-RAM
CHAPTER 7

In Re:

Mario Herrera
Deborah Herrera,

      Debtors.
_____/



**OBJECTION TO ORDER DETERMINING
DEBTOR'S COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)
AND MOTION TO DISMISS PURSUANT TO §521(i)(2)**

COMES NOW Attorneys Title Insurance Fund, by and through its undersigned counsel, and files this Objection to Order Determining Debtor's Compliance With Filing Requirements Of §521(a)(1) and Motion to Dismiss Pursuant To §521(i)(2).

1.    Attorneys Title Insurance Fund is a Creditor in the Chapter 7 Bankruptcy filed by the Debtors Mario Herrera and Deborah Herrera.

2.    By Order dated June 25, 2008 the Court determined that the Debtors have complied with the information requirements of 11 U.S.C. §521(a)(1).

3.    At the initial meting of Creditors conducted on February 14, 2008, the U.S. Trustee indicated that, based on information provided by the Debtors concerning receipt of income, ownership of certain real property and certain pending legal actions, the Debtors were required to amend their schedules to fully comply with 11 U.S.C. §521(a)(1).

4.      Specifically, the schedules filed by the Debtors appeared to be inconsistent, incomplete and/or inaccurate with statements made by the Debtors with regard to the Debtors' receipt of income, ownership of real property and assets and pending foreclosure actions.

5.      From a review of the Court's Docket, it does not appear that the Debtors have filed Amended Schedules as required by the U.S. Trustee and have thus failed to fully comply with the information requirements of 11 U.S.C. §521(a)(1).

WHEREFORE, Creditor Attorneys Title Insurance Fund objects to the Court Order dated June 25, 2008 and respectfully requests that the Court enter an Order dismissing this case for the Debtors' failure to comply with 11 U.S.C. 521(a)(1).

BALES SOMMERS & KLEIN, P.A.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 1881
Miami, Florida 33131
Telephone: 305-372-1200
Facsimile: 305-372-9008
e-mail: rbalesjr@attglobal.net
jklein@bsklawyers.com

By_____
Richard M. Bales, Jr.
Florida Bar No. 247952
Jason Klein
Florida Bar No. 0129097

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail this 15 day of July, 2008 upon the following:

Steven D. Schneiderman
Office of the United States Trustee
51 S.W. First Avenue
Suite 1204
Miami, Florida 33130

Rex E. Russo, Esq.
RUSSO & KAVULICH
2655 S. LeJeune Road, PH 1-D
Coral Gables, FL 33134-5832

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, #1120
Miami, Florida 33131-1605

Mario Herrera
P.O. Box 652255
Miami, Florida 33265

America's Servicing Company
Law Offices of David J. Stern, P.A.
c/o Lisa J. Ehrenreich, Esq.
801 S. University Drive, Suite 500
Plantation, Florida 33324

Drew M. Dillworth
2200 Museum Tower
150 West Flagler Street
Miami, Florida 33130

Roy A. Diaz, Esq.
2691 E. Oakland Park Blvd., #303
Fort Lauderdale, Florida 33306

Deborah Herrera
P.O. Box 652255
Miami, Florida 33265

By_____
Richard M. Bales, Jr.
Jason Klein